City of Los Angeles

Office of the Los Angeles City Attorney
Hydee Feldstein Soto

August 27, 2026

Molly C. Dwyer
Clerk, United States Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

Case: *Harris et al. v. City of Los Angeles et al.*, No. 25-5029
Date of Argument: none
Re: Supplemental Authority

Dear Ms. Dwyer:

Defendant and Appellee City of Los Angeles ("City") writes to inform this Court that the California Supreme Court has granted review in *Apartment Assn. of Los Angeles County, Inc. v. City of Los Angeles*, 120 Cal.App.5th 640 (2026). The issue to be briefed and argued is limited to whether "the Unlawful Detainer Act (Code Civ. Proc., § 1159 et seq.) preempts a local ordinance setting a monetary threshold requirement for unpaid rent before a landlord may commence unlawful detainer proceedings." (See *Apartment Assn. of Los Angeles County, Inc. v. City of Los Angeles*, No. S297183, 2026 WL 2526685 (Cal. pending August 26, 2026).) The appellants in that case have challenged the City's restriction on evicting tenants for nonpayment of rent when those tenants owe less than one month of fair market rent ("FMR Eviction Threshold"; Los Angeles Municipal Code § 151.09.A.1).

In *Harris v. City of Los Angeles*, Plaintiffs and Appellants Melvia Harris and Roberta Knighten also challenge the FMR Eviction Threshold and argue it effects a physical and regulatory taking. Thus, the California Supreme Court's decision on whether state law preempts the FMR Eviction Threshold is relevant to this Court's evaluation of Appellants' taking challenge in the *Harris v. City of Los Angeles* action

CITY HALL EAST 200 N. Main Street, 8th Floor, Los Angeles, CA 90012 Tel: (213) 978-8351 Fax (213) 978-7011

pending before this Court.

Respectfully submitted,

/s Merete Rietveld
Merete Rietveld
Deputy City Attorney
Counsel for Defendant and Appellee City of Los Angeles